**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DIANNA T. COMBS,** 201 M Street, S.W. # 11 Washington, DC 20024 | |
| Plaintiff, | **Civil Action No. 19-CV-1614** |
| v. | |
| **ARAMARK,** 1101 Market Street Philadelphia, PA 19107 | |
| Defendant. | |

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant Aramark Campus, LLC ("Aramark Campus")[1] hereby removes this case from the Superior Court of the District of Columbia to the U.S. District Court for the District of Columbia.

This Court has subject-matter jurisdiction over this action under Section 1332(a) of Title 28 of the United States Code because the parties are completely diverse and the amount placed in controversy by the plaintiff's claims exceeds $75,000.

**I.     SUMMARY OF COMPLAINT**

1.     On January 15, 2019, *pro se* Plaintiff Dianna Combs ("Combs") commenced this action in the Superior Court of the District of Columbia, captioned *Dianna Theressa Combs v.*

---

[1]     Combs' complaint improperly names "Aramark" as the defendant, but Combs was at all relevant times employed by Aramark Campus, LLC, such that Aramark Campus, LLC, not "Aramark," is the proper defendant.

*Aramark*, Case No. 2019-CA-000237-B.  On the same date, the D.C. Superior Court granted Combs' motion to proceed *in forma pauperis*.

2.      Through her complaint, Combs "seek[s] damages due to false termination" and alleges she was "forced to work in an unstable hostile working environment." (*See* Compl.)  She further alleges that Aramark Campus improperly handled a "sexual harassment" case and that employees "in positions of authority … use[d] their position to inflict emotional and financial stress." (*See id.*)  As relief, Combs demands judgment of $5 million.  (*See id.*)

3.      Attached as **Exhibit A** is a copy of Combs' D.C. Superior Court complaint.

4.      Attached as **Exhibit B** are the remaining process, pleadings, and orders filed in this action while it was pending in D.C. Superior Court.  *See* 28 U.S.C. § 1447(b).  On information and belief, these documents comprise the entirety of the process, pleadings, and orders filed in D.C. Superior Court to date.[2]

## II.      VENUE

5.      Combs originally filed this case in the Superior Court of the District of Columbia, which renders venue proper in this District.  *See* 28 U.S.C. §§ 88, 1441(a).

## III.      TIMELINESS OF REMOVAL

6.      This removal is timely because Aramark Campus is filing it within thirty days of its acceptance of service of Combs' summons and complaint, which occurred on May 15, 2019. *See* 28 U.S.C. §§ 1446(b), 1453; *see also Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that removal deadline runs from date of service).

---

[2]      The only exception is a copy of Combs' motion to proceed *in forma pauperis*, which Combs never served on Aramark Campus and which was not available for public download.

## IV.    SUBJECT-MATTER JURISDICTION

7.    Federal law allows for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."  28 U.S.C. § 1441(a).

8.    Federal district courts have original jurisdiction over civil actions that arise under the Constitution or laws of the United States, 28 U.S.C. § 1331, as well as in cases in which the amount in controversy exceeds $75,000 and complete diversity of citizenship exists between the parties, *id.* § 1332.  Here, this Court has diversity-of-citizenship jurisdiction under 28 U.S.C. § 1332(a) because the parties are completely diverse and there is at least $75,000 in controversy.

9.    First, the parties are diverse.  Combs is a resident and citizen of the District of Columbia.  (Compl. ¶ 2.)  For its part, as a limited liability company, Aramark Campus has the citizenship of each of its members for diversity purposes."  *IMAPizza, LLC v. At Pizza Ltd.*, 334 F. Supp. 3d 95, 129 (D.D.C. 2018) (citing *CostCommand, LLC v. WH Administrators*, *Inc.*, 820 F.3d 19, 21 (D.C. Cir. 2016)).  Tracing upwards, Aramark Campus is wholly owned by Aramark Educational Services, LLC, which is wholly owned by Aramark Educational Group, LLC, which is wholly owned by Aramark Services, Inc.  (Declaration of Andrew Unton ¶ 2.)  Accordingly, Aramark Campus' citizenship is coextensive with the citizenship of Aramark Services, Inc., which is a Delaware corporation with its principal place of business—*i.e.*, its nerve center or headquarters—in Philadelphia, Pennsylvania.  (*Id.*)  Thus, like Aramark Services, Inc., Aramark Campus is a citizen of the State of Delaware and the Commonwealth of Pennsylvania.  *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).  Accordingly, the parties are completely diverse because they are citizens of different states.  *See* 28 U.S.C. § 1332(a)(1).

10.    Second, although Aramark Campus fully disputes that Combs is entitled to any relief whatsoever in connection with her claims, the amount-in-controversy requirement is

plainly satisfied because Combs explicitly prays for $5 million in judgment against Aramark Campus.  (*See* Compl.)

## V.    NOTICE TO PLAINTIFF AND THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

11.    Contemporaneously with the filing of this Notice of Removal, Aramark Campus will provide notice to Combs and will file a copy of this Notice with the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Aramark Campus, desiring to remove this case to the United States District Court for the District of Columbia, prays that the filing of this Notice of Removal shall effect the removal of this action to this Court.

Dated: June 3, 2019                              Respectfully submitted,

  /s/ *Matthew J. Sharbaugh*
Matthew J. Sharbaugh (D.C. Bar No. 1009614)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:    (202) 739-3000
Fax:    (202) 739-3001
matthew.sharbaugh@morganlewis.com

*Attorneys for Defendant*
Aramark Campus, LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of June 2019, a true and correct copy of the

foregoing has been served on the party listed below via first-class mail:


Dianna T. Combs
201 M Street, S.W. # 11
Washington, DC 20024

*Plaintiff, pro se*


  */s/ Matthew J. Sharbaugh*
Matthew J. Sharbaugh, Esq.


DB1/ 101963071